09/04/2000 15:39 FUNK AND BOLTON → 19197823346 NO.364 D02
OCT-15-1998 14:58 FROM TO P.03

**ORIGINAL**

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE
PAYABLE TO CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC V. BISHOP, et. al. • CLERK'S OFFICE
• AT BALTIMORE
Plaintiff(s) • Civil Action No. WMN-00-CIV-1456
vs. •
PERDUE FARMS, INC. • ___ FEE PAID
•
• ___ FEE NOT PAID
Defendant(s) • (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **Bryan D. Bolton** Esquire a member of the Bar of this court, moves the admission of **Gregory P. McGuire** Esquire to appear pro hac vice in the captioned proceeding as counsel for **Perdue Farms, Inc.**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of **North Carolina**

and/or the following United States Court(s): **United States Court of Appeals for the Fourth and Eleventh Circuits; United States District Court for the Eastern Middle and Western Districts of North Carolina**

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court **0** time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

Revised 4/17/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ | /s/ Gregory P. McA___ |
| Signature | Signature |
| 100 Light St., Suite 1000 | 3605 Glenwood Ave., Suite 210 |
| Address | Address |
| Baltimore, MD  21207-1036 | Raleigh, NC  27612-4954 |
| 410.659.7700 | 919.782-3340 |
| Office phone number | Office phone number |
| 410.659.7773 | 919.782.3346 |
| Fax number | Fax number |
| 02112 | |
| Md. U.S. District Court Number | |

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__8/15/00__           /s/ _____
Dated                         Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th day of July, 2000, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Gregory P. McGuire was mailed, first class, postage prepaid, to:

> Edgar N. James, Esquire
> Judith M. Conti, Esquire
> James & Hoffman
> 1146 19th Street N.W.
> Washington, D.C. 20036
>
> Attorneys for Plaintiff.

Bryan D. Bolton

20029.003: 37924