IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ERIC V. BISHOP, SR., et al. | * |
| Plaintiffs | * |
| vs. | * Civil No. WMN-00-1456 |
| PERDUE FARMS, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' REPORT TO THE COURT REGARDING DEPOSITION HOURS

The Plaintiffs, through counsel, file this report pursuant to the Scheduling Order issued pursuant to Local Rule 103.9 on August 9, 2000. The Court asked the parties to provide a report on the expected number of deposition hours by August 23, 2000

This case is virtually identical to that of Heath v. Perdue, Civil No., WMN-98- 3159, which is also pending before this Court. The only difference in the cases is the identity of the individual plaintiffs. Thus, the parties have agreed that the final legal decisions in the Heath case will also bind the parties in this case.

Over the course of this summer, the parties have engaged in extensive discovery, attempting to ascertain the extent of damages in the Heath case. In October and November, the parties will file extensive briefs on this issue with this Court. Because this Court's decision with respect to damages in Heath will also bind this case, the areas which need be the subject of discovery in this matter are minimal.

Counsel for the plaintiffs has proposed that the defendant pose the questions necessary for

APPROVED   14th
September    00

determination of the damages in this matter to the plaintiffs by interrogatory. Only if the interrogatories and documents produced reveal an ambiguity or discrepancy, will depositions be taken of those particular individuals. Counsel for the defendant is presently considering this proposal.

With respect to the plaintiffs, unless new issues regarding damages arise in the course of this litigation, counsel for the plaintiff anticipates needing to take no more than 10 to 15 hours of depositions in this matter.

                                      Respectfully submitted,

                                      _/s/ Edgar N. James_
                                      Edgar N. James
                                      (Federal Bar No. 02805)
                                      Judith M. Conti
                                      JAMES & HOFFMAN
                                      1146 19th Street, N.W.
                                      Washington, D.C. 20036
                                      (202) 496-0500

August 18, 2000                           Counsel for the Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2000, a copy of Plaintiffs' Report to the Court Regarding Deposition Hours and this Certificate of Service were mailed first-class, postage prepaid, to:

Gregory P. McGuire, Esquire
Glenn Spencer, Esquire
Haynsworth, Baldwin, Johnson & Greaves, LLC,
P.O. Box 10035
Raleigh, North Carolina 27605-0035

Bryan D. Bolton
Funk & Bolton, P.A.
100 Light Street, Suite 1000
Baltimore, Maryland 21202

_____
Judith M. Conti