IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ERIC V. BISHOP, SR., <u>et al.</u> | * | |
| Plaintiffs | * | |
| vs. | * | Case. No. (WMN)00-CIV-1456 |
| PERDUE FARMS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of the Plaintiffs' Motion for Extension of Time to Join, it is this 24th day of January, 2001, by the United States District Court for the District of Maryland, Northern Division,

ORDERED, that the motion is GRANTED.

_____
William N. Nickerson
United States District Judge