IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MAR 19 2001

ERIC V. BISHOP, SR., <u>et al.</u>         *

      Plaintiffs         *

v.         *   Case No. (WMN)00-CIV-1456

PERDUE FARMS, INC.         *

      Defendant.         *

*   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER**

Upon consideration of the Joint Motion for Extension of Time to file Summary Judgment Motions and the entire record in this case, it is hereby

ORDERED that the deadline for filing Summary Judgment Motions in the above-captioned matters is extended from March 31, 2001 to June 29, 2001.

___3/19/01___         _____
DATE                          UNITED STATES DISTRICT JUDGE