IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ERIC V. BISHOP, SR., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. WMN-00-CIV-1456 |
| PERDUE FARMS, INC., | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Motion for Extension of Time to file Summary Judgment Motions and the entire record in this case, it is hereby

ORDERED that the deadline for filing Summary Judgment Motions in the above-captioned matters is extended from June 29, 2001 to August 31, 2001.

_6/27/01_
DATE

_____
UNITED STATES DISTRICT JUDGE

