IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ERIC V. BISHOP, SR., et al.

    Plaintiffs

v.       *       Case No. (WMN)00-CIV-1456

PERDUE FARMS, INC.

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Joint Motion for Extension of Time to File Summary Judgment Motions and the entire record in this case, it is hereby

ORDERED that the deadline for filing Summary Judgment Motions in the above-captioned matters is extended from August 31, 2001 to October 31, 2001.

_August 29, 2001_
DATE

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2001, a copy of the Joint Motion for Extension of Time to File Summary Judgment Motions, Proposed Order and this Certificate of Service were mailed first-class, postage prepaid, to the following:

>Gregory P. McGuire, Esquire
>Glenn Spencer, Esquire
>Haynsworth, Baldwin, Johnson & Greaves, LLC
>1400 Crescent Green
>Suite 320
>Cary, NC 27511

_____/JSV_____
Edgar N. James