IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ERIC V. BISHOP, SR., et al. | * |
| Plaintiffs | * |
| vs. | *    Civil No. WMN-00-1456 |
| PERDUE FARMS, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ~~PROPOSED~~ ORDER

Upon consideration of the Joint Motion for Extension of Time to File Summary Judgment Motions filed by the parties in this case on October 29, 2001, it is hereby ORDERED that:

1. The deadline for filing Motions for Summary Judgment be extended from October 31, 2001 to December 31, 2001.

Entered this 31st day of October, 2001

_____
William M. Nickerson - District Court Judge