IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ERIC V. BISHOP, SR., et al. | * |
| Plaintiffs | * |
| vs. | *   Civil No. WMN-00-1456 |
| PERDUE FARMS, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT JUDGMENT

The plaintiffs, Eric V. Bishop, et. al., and the defendant, Perdue Farms, Inc., have agreed to settle the pending overtime claims in this action by consent judgment. The parties have submitted a Joint Motion for Entry of Consent Judgment along with a copy of their Settlement Agreement. The Court has reviewed this Settlement Agreement and is of the opinion that the proposed settlement terms are fair and appropriate and that a consent decree should be entered.

It is therefore ORDERED, ADJUDGED and DECREED, THIS 18th day of January 2002 that:

1. The parties shall comply with the terms and provisions set forth in the Settlement Agreement, Full and Final Release of All Overtime Claims and Covenants Not to Sue.

2. All overtime claims that were the subject of this action will be fully and finally satisfied upon receipt by plaintiffs of payment as set forth in the Settlement Agreement. Upon such payment, the parties shall notify this Court, and the action shall be terminated as to all settling parties.

                                                                    */s/ William M. Nickerson*
                                                                    WILLIAM M. NICKERSON
                                                                    United States District Judge

Approved as to form and content:

                                                                    */s/ Edgar N. James*
                                                                    Edgar N. James
                                                                    (Federal Bar No. 02805)
                                                                    Jeffrey S. Vogt
                                                                    JAMES & HOFFMAN
                                                                    1101 17th Street, N.W., Suite 510
                                                                    Washington, D.C. 20036
                                                                    (202) 496-0500

                                                                    Counsel for the Plaintiffs

                                                                   */s/ Gregory P. McGuire*
                                                                   Gregory P. McGuire
                                                                   Haynsworth, Baldwin,
                                                                     Johnson & Greaves, LLC
                                                                   1400 Crescent Green, Suite 320
                                                                   Cary, North Carolina 27511
                                                                   (919) 782-3340

                                                                   Counsel for the Defendant

DATED: January 17, 2002